IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LISA GAIL MULLIS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IS FILED

CASE NO. 1D16-3287

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Lisa Gail Mullis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.